OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**



# UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 15, 2013

Rebecca Brazzano
Thompson Hine
335 Madison Avenue
12th Floor
New York, NY 10017

David A.P. Brower
Brower Piven
475 Park Avenue South
33rd Floor
New York, NY 10022

Stefano V. Calogero
Wildels, Marx, Lane & Mittendorf
One Giralda Farms
Suite 380
Madison, NJ 07940

Eric B. Fisher
Dickstein Shapiro
1633 Broadway
New York, NY 10019

David Graff
Windels, Marx, Lane & Mittendorf
156 West 56th Street
New York, NY 10019-0000

Jeffrey W. Hermann
Cohn, Lifland, Pearlman, Herrmann & Knopf
Park 80 West - Plaza One
250 Pehle Avenue, Suite 401
Saddle Brook, NJ 07663-0000

Jay B. Kasner
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, NY 10036

Kim E. Miller
Kahn Swick & Foti
250 Park Avenue
Suite 2040
New York, NY 10177

Andrew Muscato
Skadden, Arps, Slate, Meagher & Flom
4 Times Square
New York, NY 10036

Jeffrey Rhodes
Dickstein Shapiro
1825 Eye Street, N.W.
Washington, DC 20006

C. Dennis Southard IV
Thompson Hine
1919 M Street, N.W.
Suite 700
Washington, DC 20036

David A. Wilson
Thompson Hine
1919 M Street, N.W.
Suite 700
Washington, DC 20036


RE: Shah Rahman v. Kid Brands, Inc., et al
Case Number: 12-4257
District Case Number: 2-11-cv-01624


## ENTRY OF JUDGMENT

Today, **November 15, 2013** the Court entered its judgment in the above-captioned matter
pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Page Limits:
15 pages

Attachments:
A copy of the panel's opinion and judgment only. No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. If separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to a combined 15 page limit. If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed.R.App.P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

/s/ pdb for clw Case Manager
267-299-4928